UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY_____D.C.

05 AUG -8 PM 3: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.  04-20504-B/V |
| vs. ) | |
| ) | |
| ANNIE RASH ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

V. Rae Oliver, AUSA applies to the Court for a Writ to have Annie Rash-Booking No. 4920048 now being detained in the Shelby County Jail, appear before Judge Tu M. Pham on 6th, August 15, 2005, at 2:00 p.m. for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of August, 2005.

_____
V. RAE OLIVER
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, Mark Luttrell

YOU ARE HEREBY COMMANDED to have Annie Rash-Booking No. #4920048 appear before the Honorable Judge Pham at the date and time aforementioned.

ENTERED this ___ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CR-20504 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT